## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Vodie N. Bell Jr, Timone Fraizer, Ahtkee Singleton, Taurus Myers,
Leevonny Warrecur, Badrick Richardson, Dominique Daniels,
and Arkeem Burgggess
_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

Sheriff John Welcher, Captain B. Ervin, Major Boyles, Captain Hill,
Captain Blooton, LT. Jones (unit 2), Nurse Jackie Harned, and
Corpral Spencer
_____

_____

(Enter above full name of defendant or defendants)

CV 420    302

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action?                                    Yes _____ No __✓__

        If your answer to A is yes, describe each lawsuit in the space below.  (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using the
        same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2.    Court (if federal court, name the district; if state court, name the county):

        _____

        3.    Docket number: _____

        4.    Name of judge assigned to case: _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of
     fees)?                                    Yes _____ No _____

B.   While incarcerated or detained in any facility, have you brought any lawsuits in
     federal court which deal with facts other than those involved in this action?
                                              Yes _____ No _____

     If your answer to B is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

1.   Parties to previous lawsuit:

     Plaintiffs:   _____
                   _____
     Defendants:   _____
                   _____

2.   Court (name the district):

     _____

3.   Docket number:   _____

4.   Name of judge assigned to case: _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____

6.   Approximate date of filing lawsuit: _____

2

7.    Approximate date of disposition: _____

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                                                Yes _____ No _____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                                          Yes _____ No _____

1.    If your answer to C is yes, name the court and docket number for each case:

_____     _____
_____     _____
_____     _____
_____     _____

II.   Place of present confinement: Chatham County Detention Center _____

A.    Is there a prisoner grievance procedure in this institution? Yes ✓ No _____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?                                                                Yes ✓ No _____

C.    If your answer to B is yes:

1.    What steps did you take? I accessed the inmate Grievance app on the kiosk machine, then filed my complaint. _____
_____
_____
_____

2.    What was the result? Corporal Spencer in Unit 2 recieved, then rejected my grievance. _____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?               Yes _____ No ✓

If yes, what was the result? _____
_____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____
_____

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Vodie Nathaniel Bell JR.
Address: 1074 Carl Griffin Drive
Savannah, Ga. 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: John Welcher
Position: The Head Sheriff
Place of employment: Chatham County Detention Center
Current address: 1074 Carl Griffin Drive
Savannah, Ga. 31405

C. Additional defendants: Major Bayles works at Chatham County Detention Center, 1074 Carl Griffin Drive Savannah, Ga. 31405. Captain Hill (security) at Chatham County Detention Center, 1074 Carl Griffin Drive Savannah, Ga. 31405. Captain B Ervin (medical) at Chatham County Detention Center 1074 Carl Griffin Drive Savannah, Ga. 31405. Captain Blanton (Administration) at Chatham County Detention Center, Savannah, Ga. 31405. LT. Jones (unit manager in unit 2) at Chatham County Detention Center, Savannah, Ga. 31405. Nurse Jackie Harrell (Nurse) at Chatham County Detention Center Savannah, Ga. 31405. Corprel Stacid (corprel in unit 2) at Chatham County detention Center, Savannah, Ga. 31405

4

Timone Fraizer. 1074 Carl Griffin Drive. Savannah, Ga 31405

Dominique Daniels. 1074 Carl Griffin Drive. Savannah, Ga 31405

Taurus Myers. 1074 Carl Griffin Drive. Savannah, Ga 31405

LeeVonny Walker. 1074 Carl Griffin Drive. Savannah, Ga 31405

Rohkee Singleton. 1074 Carl Griffin Drive. Savannah, Ga 31405

Rodrick Richardson. 1074 Carl Griffin Drive. Savannah Ga 31405

Askeem Burggess. 1074 Carl Griffin Drive. Savannah, Ga 31405

## IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) The staff here in the Chatham County Detention Center are forcing us detainees, here in 2 Delta and 2 Charlie to take a shower. While we are in restraints. The shackles are cutting into our legs, causing bodily harm. The showers here are secured by a door, with a pad lock attached to it. If the door is secured, why are we being kept in restraints? Sheriff John Welcher, Major Bayles, Captain Blanton, and L.T. Jones of unit 2. Are enforcing all staff members in unit 2. To place restraints on us before we go to the shower. 11/27/2020 9:40 am

(2) We detainees here in Chatham County Detention Center are entitled to two consecutive hot meals a day. Along with a nutritional beverage, but the staff here at CCDC. Are failing to provide the two consecutive hot meals and beverage. Here in unit 2. The food is always cold and when we inquire about the beverage. The staff reply's with: There is no beverages allowed in 2 Delta. Sheriff John Welcher has prohibited the kitchen staff from sending a beverage with our meals, and he allows kitchen services to send cold food to unit 2. 11/24/2020 at 7:30 a.m.

(3) The staff here in the Chatham County Detention Center are administering pepper spray on detainees in 2 Delta through the food tray flaps and leaving them inside the cell. Without proper medical treatment. Medical staff opens the window flap and ask are you okay? The detainee is not removed from the cell, or checked for injuries. Sheriff John Welcher Major Bayles, Captain Hill, Captain Blanton, and L.T. Jones of unit 2. Are not enforcing the proper policy upon medical staff

(4.) The Staff here in the Chatham County Detention Center. Specifically Classification Staff. Are placing detainees in Segregation Without being tried by the Inmate Disciplinary Board. The Staff are placing detainees in lockdown and using our past behavior as a reason to place us in Segregation. Sheriff John Welcher, Major Boyles, Captain Blanton, LT. Jones of unit 2, and Classification specialist Mcclain are not adhearing to the Sop of this facility.

(5.) The Staff here in the Chatham County Detention Center are charging our inmate accounts for restitution. Without inmates being convicted of the offense that was committed. Funds are being deducted when the detainee hasn't went before the Inmate Disciplinary Board. Sheriff John Welcher is not enforcing policy

(6.) The Grievance procedure here in the Chatham County Detention Center. Is being Violated and Conducted poorly. When detainees files grievances. The Corpral's respond to them, instead of a grievance coordinator or counselor. On 10/17/2020. Detainee Timone Fraizer Filed a grievance against Corpral Spencer. Corpral Spencer himself recieved, then rejected the grievance on 10/21/2020 Sheriff John Welcher, Major Boyles, Captain Blanton, and LT. Jones of unit 2. Are allowing Corpral Spencer to respond to grievances

(7.) The medical Staff here in Chatham County Detention Center are not taking our health Serious. Here in unit 2 Delta. On 11-5-2020. Detainee Vodie Bell swallowed a battery in unit 2 Delta at or around 9:30 a.m. Nurse Jackie Harned was notified later that afternoon, and instead of getting Detainee Vodie Bell to medical. Nurse Jackie Harned told Detainee Vodie Bell that he would Shit the battery out. Officer Willingham, Sgt. White, and Sgt. Wilcox of unit 2 are Witnesses. Sheriff John Welcher is Showing total disregard towards our Safety and health. So is Nurse Jackie Harned

(8.) The Staff here in the Chatham County Detention Center are holding detainees in lockdown without merit. Major Boyles has falsely imprisoned the following detainees: Vodie Bell,

Timone Fraizer, Dominique Daniels, Taurus Myers, Leevonny Warner JR, Rodrick Richardson, Rohhee Singleton, and Arheem Burggess. On 11/18/2020 The above mentioned detainees recieved Inmate Disciplinary reports for an incident that occured two days prior. The 72 hours time period to conduct the Inmate Board Hearing expired on 11/23/2020 which made all the Inmate Disciplinary reports invalid. Major Boyles is Violating our Due process rights by keeping us confined in 2 Delta without any personal property or privledges. While knowing that the DR's were inadmissible. When procedure says other wise. Sheriff John Welcher, and Major Boyles are failing to uphold policy and they are blatantly disregarding our Due process rights

V.   **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want an injunction on policies and procedures; and also a removal of the chain of command. I would like Sheriff Welcher, Major Bayles, Captain Hill, Captain Ervin, Captain Blanton, LT Jones of unit 2, and Corprol Spencer Removed from their positions of Authority. I would also like Nurse Jackie Harned to be removed from the medical staff.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __November__ , __2020__ .

Prisoner No. __0070278__

_Vodie N. Bell Jr._
**(Signature of Plaintiff)**

6

FOREVER
USA

Barn Swallow

United States District Court
P.O. Box 8286
Savannah, Ga 31412

Vodie Bell
1074 Carl Griffin Dr.
Savannah, Ga 31405