IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VODIE NATHANIEL BELL, JR.,

    Plaintiff,

v.

SHERIFF JOHN WELCHER; CAPTAIN B. ERVIN; MAJOR BOYLES; CAPTAIN HILL; CAPTAIN BLANTON; LT. JONES; NURSE JACKIE HARNED; and CORPRAL SPENCER,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-302

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 13, 2021, Report and Recommendation, (doc. 6), to which Plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's Orders requiring that he execute and return forms related to his *in forma pauperis* status and the statement regarding magistrate judge assignment. (Doc. 4; doc. 5.) Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA